# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMRO ELANSARI,** *Petitioner pro se* | : : : |
| v. | : **CIVIL ACTION NO. 20-CV-3593** |
| | : |
| **THE FEDERAL BUREAU OF INVESTIGATION,** *et al.*, *Respondents* | : : : |

# O R D E R

**AND NOW**, this 30th day of July 2020, upon consideration of *pro se* Plaintiff Amro Elansari's *Motion to Proceed In Forma Pauperis* (ECF No. 1), and *Petition for a Writ of Mandamus* (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Petition is **DEEMED** filed.

3. The Petition is **DISMISSED, with prejudice,** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons set forth in the accompanying Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*